UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHANNON B. MORLEY,<br><br>　　　　Defendant. | 01-CR-00104-EFS<br><br>Order Granting United States'<br>Motion to Quash Writ of<br>Habeas Corpus Ad<br>Prosequendum |

　　　Based upon the government's motion to quash the Writ of Habeas Corpus Ad Prosequendum in the above-entitled matter,

　　　IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Prosequendum for SHANNON B. MORLEY is quashed.

　　　IT IS SO ORDERED

　　　DATED July 30, 2010.

　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　UNITED STATES MAGISTRATE JUDGE