PROB 12C
(7/93)

Report Date: November 9, 2009

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 12 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender:  Shannon Bruce Morley        Case Number:  2:01CR00104-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence:  9/4/2003

| | | | |
|---|---|---|---|
| Original Offense: | Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(I) | | |
| Original Sentence: | Prison - 92 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | 9/17/2009 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: | 9/16/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

**Supporting Evidence**: Shannon Morley is considered in violation of his period of supervised release in the Eastern District of Washington by absconding from supervised release on or prior to November 9, 2009.

On November 9, 2009, the defendant's father called this officer and advised the defendant had left the residence earlier in the morning and his whereabouts were unknown. The father related the defendant had taken his two sons to Moses Lake on November 7, 2009, where it is alleged he stole items from a store and sold them for cash. The defendant's father confronted the children about the allegation, and they confirmed it. The defendant was then confronted by his father about the allegation and he denied it. The defendant is currently pending charges in Spokane County Superior Court alleging he stole items from businesses in Spokane and sold them for cash. His father had posted a bond for the release of the defendant. After being advised of the conduct in Moses Lake, the defendant was advised by his father that he was going to pull the bond and have him returned to custody in Spokane. The father stated he left the room to get his shoes and the defendant left the residence.

Prob12C
Re: Morley, Shannon Bruce
November 9, 2009
Page 2

        Shortly after the defendant left his residence, the Ritzville Police Department was called to the local bowling ally to investigate a stolen vehicle. Officers were provided with a description which matched the defendant. Information provided to officers noted the defendant had asked for a ride to the bowling ally where he went inside and had a drink. The owner of the vehicle set his keys on the counter and proceeded to do some work. When he returned to where his keys were they were gone, and so was his vehicle. At this time, the defendant's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/09/2009

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/12/09
Date