PROB 12C
(7/93)

Report Date: December 27, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 27 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Shannon Bruce Morley          Case Number:  2:01CR00104-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 9/4/2003

| | |
|---|---|
| Original Offense: | Use of Fire to Damage Property used in Interstate Commerce, 18 U.S.C. § 844(i) |
| Original Sentence: | Prison - 92 Months; TSR - 36 Months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 11/2/2011 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: 10/1/2014 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On December 15, 2011, Shannon Bruce Morley was arrested for Driving While License Suspended, Hit/Run Accident - Injury - 2 counts, Hit/Run Attended Vehicle - 2 counts, Driving Under the Influence of Alcohol, and Vehicular Assault - 2 counts.  On December 16, 2011, charges were filed in Douglas County Superior Court, docket number 11-1-00209-1.

On December 15, 2011, Mr. Morley was observed driving a vehicle which was driving erratically.  The vehicle was later found to have been stolen. When the officer tried to stop the defendant, Mr. Morley fled at a high rate of speed and eventually causing damage to four other vehicles and injuring three people, including two with broken bones.  Mr. Morley was found to be intoxicated at the time of his arrest.

| | |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
Re:  Morley, Shannon Bruce
December 27, 2011
Page 2

**Supporting Evidence**: On December 20, 2011, Shannon Bruce Morley was charged with Theft, 3rd Degree, and Take Vehicle without Permission, 1st Degree, Spokane County Superior Court, Spokane, WA, docket number 11-1-04015-2.  On December 21, 2011, a warrant for Mr. Morley's arrest was issued with bail set at $25,000.

According to reports received from the Spokane Valley Police Department on December 14, 2011, Mr. Morley was observed parking and leaving a vehicle at a convenience store in Post Falls, ID on or about December 12, 2011.  That vehicle had been stolen from a car lot in Spokane, WA, on December 11, 2011.  The license plate on the stolen vehicle had been taken from another in Spokane, WA, on December 11, 2011. A witness placed Mr. Morley in the stolen vehicle and also reported that the defendant had been drinking alcohol.

3    **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: According to police reports, Mr. Morley was intoxicated on December 11 and 15, 2011.

4    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Supporting Evidence**: According to the Spokane Valley Police Report, Shannon Bruce Morley traveled to Post Falls, ID, without permission of the Court or the probation officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 27, 2011

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re:  Morley, Shannon Bruce**
**December 27, 2011**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

*Edward F. Shea*
Signature of Judicial Officer

*December 27, 2011*
Date