PROB 12C
(6/16)

Report Date: February 21, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Feb 22, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Shannon Bruce Morley          Case Number: 0980 2:01CR00104-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 4, 2003

| | | |
|---|---|---|
| Original Offense: | Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(i) | |
| Original Sentence: | Prison - 92 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (11/02/2011) | Prison - 5 days; TSR - 35 months | |
| Revocation Sentence: (11/21/2013) | Prison - 18 months; TSR - 12 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 11, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 10, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: Defendant shall reside in a residential reentry center (RRC) for a period up to 180 days.  Defendant shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervision officer. |
| | **Supporting Evidence**: On August 9, 2017, Shannon Morley signed his conditions of supervised release relative to case number 2:01CR00104-EFS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Morley was made aware by his U.S. probation officer that he must reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. This condition was again reviewed with Mr. Morley on January  17, 2018. |
| | Shannon Morley absconded from the Spokane Residential Reentry Center on February 21, 2018. It should be noted, he was in the process of being terminated from placement at the Spokane RRC for using a controlled substance while at a residence. |

Prob12C
**Re: Morley, Shannon Bruce**
**February 21, 2018**
**Page 2**

2  **Special Condition # 18**: Defendant shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: On August 9, 2017, Shannon Morley signed his conditions of supervised release relative to case number 2:01CR00104-EFS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Morley was made aware by his U.S. probation officer that he abstain from the use of illegal controlled substances.

On February 14, 2018, Shannon Morley submitted a urine specimen at the Spokane Residential Reentry Center which was confirmed positive for methamphetamine. On February 15, 2018, Shannon Morley admitted to the undersigned officer that he "drank half of a beer and took some speed." He indicated that he consumed the prohibited substances because he hates the RRC.

3  **Special Condition # 18**: Defendant shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: On August 9, 2017, Shannon Morley signed his conditions of supervised release relative to case number 2:01CR00104-EFS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Morley was made aware by his U.S. probation officer that he abstain from alcohol.

On February 14, 2018, Shannon Morley submitted to a breath test to measure his blood alcohol content at the Spokane RRC, which yielded positive for alcohol with a reading of .011%. On February 15, 2018, Shannon Morley admitted to the undersigned officer that he "drank half of a beer and took some speed." He indicated that he consumed the prohibited substances because he hates the RRC.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2/21/2018

s/Richard Law

Richard Law
U.S. Probation Officer

**Prob12C**
**Re: Morley, Shannon Bruce**
**February 21, 2018**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other


_____
Signature of Judicial Officer


        February 22, 2018
_____
Date